# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2017

## NO.  03-16-00729-CV

**Terry Swanson, Appellant**

**v.**

**State of Texas and County of Travis, Appellees**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the order granting summary judgment signed by the trial court on October 21, 2016.  Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment.  Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion.  Appellees shall pay all costs relating to this appeal, both in this Court and the court below.